UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE JARVIS AUSTIN,

Plaintiff,

v.

KEMPER CORPORATION,

Defendant.

Case No. 25-cv-07194-JST

**ORDER DISMISSING CASE**

Re: ECF No. 18

This case was removed from state court by Defendant Kemper Corporation.  ECF No. 1. Plaintiff George Jarvis Austin has filed both a motion to dismiss or remand for lack of jurisdiction, ECF No. 6,[1] and two notices of voluntary dismissal, ECF Nos. 13 and 18.

Under Rule 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  It does not appear that Kemper has filed either an answer or a motion for summary judgment, so Austin may properly dismiss this case without a court order.

However, Austin's notices of dismissal state that he is voluntarily dismissing the case "because 100% of the claims are California State Claims, in a California State Court (not Federal) and thus the federal courts lack jurisdiction over the matter."  ECF No. 13 at 2; ECF No. 18 at 2. In a case arising under a similar procedural posture, the Court explained to Austin "that, if he voluntarily dismisses this case under Rule 41, the Court will not be making any determination about whether it has jurisdiction over this case." *Austin v. Capital One, N.A.*, No. 25-cv-07131-JST, ECF No. 22 at 1–2 (N.D. Cal. Aug. 28, 2025).  The Court provided Austin with an

---

[1] Austin filed this motion twice, at ECF Nos. 5 and 6.  The Clerk terminated ECF No. 5 as moot in light of the duplicative motion filed at ECF No. 6.

United States District Court
Northern District of California

1    opportunity to withdraw his notices of dismissal if he wanted "a ruling on whether this Court has

2    jurisdiction." *Id.* at 2.

3        In the second notice of dismissal filed in this case, Austin stated:

4            Similar to the Order in *Austin v. Capital One*, Mr. Austin is aware
             that the Notice of Voluntary Dismissal overrides the Motion to
5            Dismiss, and thus there will be no ruling on the Lack of Jurisdiction.
             Mr. Austin shall Voluntarily Dismiss or Withdraw this case per
6            FRCP R.41 and simply notes his reasons, while acknowledging that
             the court will not make a ruling with the FRCP R.41 Notice.
7

8    ECF No. 18 at 2 (italics added).  The Court is therefore satisfied that Austin understands that

9    dismissing this case under Rule 41 does not mean that the Court has determined that it lacks

10   jurisdiction.

11       The Clerk is directed to terminate this case based on Austin's notice of voluntary

12   dismissal.

13       The Court advises Austin that if he re-files his claims in state court and Kemper again

14   removes the case to federal court, a notice of voluntary dismissal in that case will "operate[] as an

15   adjudication on the merits."  Fed. R. Civ. P. 41(a)(1)(B) ("[I]f the plaintiff previously dismissed

16   any federal- or state-court action based on or including the same claim, a notice of dismissal

17   operates as an adjudication on the merits.").

18       **IT IS SO ORDERED.**

19   Dated:  August 29, 2025

20                                          _____
                                                      JON S. TIGAR
21                                          United States District Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California